# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JANALEE VANCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:10-0471 |
| ) | Judge Trauger |
| LIFE INSURANCE COMPANY OF NORTH ) | |
| AMERICA, CIGNA GROUP INSURANCE, ) | |
| GAP INC. SHORT TERM DISABILITY PLAN, ) | |
| and GAP INC. LONG TERM DISABILITY PLAN, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

It is hereby **ORDERED** that the parties shall file a joint status report for this case by June 24, 2011.

It is so **ORDERED**.

ENTER this 13th day of June 2011.

_____
ALETA A. TRAUGER
U.S. District Judge